IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00439-BNB

KAREN DANIEL-KNOLL, CDOC 140558,

    Applicant,

v.

WARDEN DAVIS,
UNIT MANGER COLLINS,
F-B-O-P DIRECTOR HARLY LAPPIN, and
ALL KNOWN A-D-X-OFFICIALS,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 06 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Karen Daniel-Knoll, is in the custody of the Colorado Department of Corrections and is currently incarcerated at the La Vista Correctional Facility. Ms. Daniel-Knoll initiated this action by filing a *pro se* "Habeas Corpus Motion" on February 26, 2010. In an order entered on February 26, 2010, Magistrate Judge Boyd N. Boland directed the Clerk of the Court to commence a civil action and instructed Ms. Daniel-Knoll to cure certain deficiencies if she wished to pursue her claims. Specifically, Magistrate Judge Boland ordered Ms. Daniel-Knoll to submit an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on the court-approved form. Magistrate Judge Boland also directed Ms. Daniel-Knoll to file a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certificate showing the current balance in her prison account or pay the $5.00 filing fee. Ms. Daniel-Knoll was warned

1

that the action would be dismissed without further notice if she failed to cure the deficiencies within thirty days.

On March 25, 2010, Ms. Daniel-Knoll filed an Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Also on March 25, 2010, Ms. Daniel-Knoll filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a copy of her inmate trust fund account statement. The trust fund statement, however, is deficient because it is not certified by either the warden or an appropriate officer at the facility where Ms. Daniel-Knoll is incarcerated, as required by Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts. Although the inmate trust fund account statement is notarized by a notary public, there is no indication that the notary public is an appropriate officer at the facility where Ms. Daniel-Knoll is incarcerated.

Ms. Daniel-Knoll was instructed in the Order to Cure Deficiencies that she must provide a certified statement showing the current balance in her inmate account. Furthermore, page two of the 28 U.S.C. § 1915 Prisoner's Motion and Affidavit form instructs inmates that they must attach a certificate from the warden or other officer stating how much money they have in their inmate account. Ms. Daniel-Knoll has failed to meet this requirement. Therefore, the action will be dismissed without prejudice for failure to cure all noted deficiencies. Accordingly, it is

ORDERED that the Amended Application and the action are dismissed without prejudice for failure to cure all deficiencies. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 5th day of April, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00439-BNB

Karen Daniel-Knoll
Prisoner No. 140558
La Vista Corr. Facility
1401 W. 17th St.
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/6/10

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk