IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00439-BNB

KAREN DANIEL-KNOLL, CDOC 140558,

    Applicant,

v.

WARDEN DAVIS,
UNIT MANGER COLLINS,
F-B-O-P DIRECTOR HARLY LAPPIN, and
ALL KNOWN A-D-X-OFFICIALS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    This matter is before the Court on the "Motion that Respondent Forward Applicant's Legal Mail and Documents to Her at His Expense" that Applicant filed on June 1, 2010. The motion is DENIED as moot. This case was dismissed on April 6, 2010.

    Dated: June 2, 2010