IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00439-ZLW

KAREN DANIEL-KNOLL, CDOC 140558,

    Applicant,

v.

WARDEN DAVIS,
UNIT MANGER COLLINS,
F-B-O-P DIRECTOR HARLY LAPPIN, and
ALL KNOWN A-D-X-OFFICIALS,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    On June 1, 2010, Applicant filed a change of address with the Court (Doc. No. 9).  On June 7, 2010, Applicant filed a letter with the Court which requested a "status update" on her case.  Therefore, the Clerk of the Court is directed to remail to Applicant, along with a copy of this Minute Order, copies of the Judgment and Order of Dismissal (Doc. Nos. 5 and 6), filed in this action on April 6, 2010.

    Applicant's motion to amend complaint (Doc. No. 12) filed on June 7, 2010, is DENIED as moot.  This action was dismissed on April 6, 2010.

    Dated:  June 10, 2010